# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| BEAULIEU GROUP, LLC, et al., | ) | Jointly Administered Under |
| | ) | CASE NO. 17-41677-bem |
| Debtors. | ) | |
| | ) | |
| | ) | |
| PMCM 2, LLC, as the Liquidating Trustee for the Beaulieu Liquidating Trust | ) ) | |
| | ) | ADV. NO. 19-04036 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FABRIC SOURCES, INC. AND FABRIC SOURCES INTERNATIONAL, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

### DEFENDANT FABRIC SOURCES INTERNATIONAL, LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Fabric Sources International, LLC ("**Defendant**" or "**Fabric Sources**"), by and through its undersigned counsel of record, and pursuant to Federal Rules of Bankruptcy Procedure 56, Federal Rules of Civil Procedure 56, and BLR 7056.1, moves this Court for partial summary judgment in favor of Fabric Sources on Plaintiff's Count III, Count IV, the relevant portion of Count VIII, as well as Fabric Sources' Counterclaim Count I and Counterclaim Count II. Fabric Sources is entitled to summary judgment on the relevant counts because Fabric Sources has demonstrated that there is no genuine issue as to any material fact and is therefore entitled to judgment as a matter of law on all relevant counts. In support of its Motion for Partial Summary Judgment, Fabric Sources relies on the following:

    a. Fabric Sources' Statement of Undisputed Material Facts filed contemporaneously herewith;

HB: 4825-1204-9067.3

      b. Fabric Sources' Memorandum of Law in Support of Motion for Partial Summary Judgment filed contemporaneously herewith, and all Exhibits thereto;

      c. Declaration of Chris Simuro, attached hereto as <u>Exhibit 1</u>;

      d. Case No. 17-41677-bem, Claim Register, Proof of Claim 1062, attached hereto as <u>Exhibit 2</u>.

WHEREFORE, for the reasons stated herein, Fabric Sources prays the Court sustain its Motion for Partial Summary Judgment and enter judgment in favor of Fabric Sources against Plaintiff as follows:

1. ***Counterclaim Count I:*** Declaring and adjudicating that Fabric Sources' defensive use of new value under 11 U.S.C. § 547(c)(4) for the Goods it provided to Beaulieu does not preclude it from a distribution for its administrative expense under 11 U.S.C. § 503(b)(9) in the amount of $160,088.92 or its general unsecured claim in the amount of $1,173,152.49;

2. ***Counterclaim Count II and Complaint Count VIII :*** Declaring and adjudicating that the Trustee cannot use 11 U.S.C. § 502(d) to disallow and stop payment of an administrative expense under 11 U.S.C. § 503(b)(9);

3. ***Complaint Count III:*** Declaring and adjudicating that the Trustee's objection to Claim 1413 is denied;

4. ***Complaint Count IV:*** Declaring and adjudicating that the Trustee's objection to the 503(b)(9) Claim is denied; and

5. Entering all other relief in Fabric Sources' favor that this Court determines to be just and equitable.

Dated: November 20, 2019

HB: 4825-1204-9067.3

**HUSCH BLACKWELL LLP**

*/s/Caleb T. Holzaepfel*
Christopher Collins (GA #637828)
Caleb T. Holzaepfel (*Admitted pro hac vice*)
736 Georgia Avenue, Suite 300
Chattanooga, Tennessee 37402
Telephone:  (423) 266-5500
Facsimile:  (423) 266-5499
chris.collins@huschblackwell.com
caleb.holzaepfel@huschblackwell.com

Michael D. Fielding (*Admitted pro hac vice*)
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816-983-8000
Facsimile:  816-983-8080
michael.fielding@huschblackwell.com

***Attorneys for Fabric Sources International, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2019, a true and correct copy of the foregoing ***Motion for Partial Summary Judgment*** was filed and served via the CM/ECF system, to all parties receiving CM/ECF notices in this Chapter 11 case.

*/s/Caleb T. Holzaepfel*
Caleb T. Holzaepfel (*Admitted pro hac vice*)

3

HB: 4825-1204-9067.3